RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/15/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NUMBER 09-0204 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| CHERYL CAROTHERS MARTIN | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 19] filed by Defendant Cheryl Carothers Martin is hereby **GRANTED**, and all physical evidence discovered in Defendant's car and on her person on August 6, 2009, is **SUPPRESSED**.

MONROE, LOUISIANA, this 15 day of January 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE